# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2019

SEAN F. McAVOY, CLERK

ALICIA M.,

|  | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
|  | ) |
| *Defendant* | |

Civil Action No.   1:18-CV-03139-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

✔  other:   Defendant's Motion for Summary Judgment, ECF No. 14, is GRANTED .
Plaintiff's Motion for Summary Judgment, ECF No. 13, is DENIED.
Judgment is entered for Defendant.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

✔  decided by Judge   John T. Rodgers _____ on motions for summary judgment.

Date:  June 3, 2019 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Pam Howard
_____
*(By) Deputy Clerk*

Pam Howard
_____